# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **FIRST SERVICE CREDIT UNION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **4:24-cv-00906** |
| **CUMIS INSURANCE SOCIETY, INC.** | § | |
| | § | |
| **Defendant.** | § | |

## CUMIS INSURANCE SOCIETY, INC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CUMIS Insurance Society , Inc. ("CUMIS"), by and through its undersigned counsel, makes the following disclosures:

1.      CUMIS is a nongovernmental corporate party.  It is a wholly-owned subsidiary of TruStage Financial Group, Inc., f/k/a CUNA Mutual Financial Group, Inc.  Neither TruStage Financial Group, Inc., nor any other parent entity of CUMIS, is publicly traded, and no publicly held corporation owns 10% or more of its stock.

2.      CUMIS is an insurance corporation organized and existing under the laws of the state of Iowa, with its principal place of business in Madison, Wisconsin.  It is therefore a citizen of Iowa and Wisconsin for purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). There is no other individual or entity whose citizenship can be attributed to CMFG for purposes of diversity jurisdiction.

The undersigned counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes."  Fed. R. Civ. P. 7.1(b)(2).

Respectfully submitted,

*/s/ Sara E. Inman*
SARA E. INMAN
ATTORNEY-IN-CHARGE
State Bar No. 24073098
Southern Bar No. 3008974
sara.inman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas  75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

Jason P. Gosselin (*pro hac vice* to be filed)
John M. Moore (*pro hac vice* to be filed)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Jason.gosselin@faegredrinker.com
John.moore@faegredrinker.com
(215) 988-2700 (Telephone)
(215) 988-2756

*Attorneys for CUMIS Insurance Society, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this day, March 12, 2024, I have caused a copy of the foregoing, and all exhibits thereto, to be served via United States mail and electronic mail on the following counsel for Plaintiff:

Jeffrey L. Diamond
J. Diamond and Associates, PLLC
1111 North Loop W, Ste. 500
Houston, Texas 77008-4713
jeffrey@jdiamondandassociates.com
Service@jdiamondandassociates.com

*/s/ Sara E. Inman*
SARA E. INMAN