UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FIRST SERVICE CREDIT UNION,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. 4:24-CV-00906 |
| § | | |
| **CUMIS INSURANCE SOCIETY, INC.,** § | | |
| Defendant. § | | |

**FIRST SERVICE CREDIT UNION'S
CERTIFICATE OF INTERESTED PERSONS**

Plaintiff FIRST SERVICE CREDIT UNION files this Certificate of Interested Persons pursuant to Order of the Court (Doc. 3) and in compliance with Rule 7.1 of the Federal Rules of Civil Procedure, stating that that the following persons or entities have a financial interest in the outcome of this litigation:

1. **First Service Credit Union**
   c/o Jeffrey L. Diamond
   J. DIAMOND AND ASSOCIATES, PLLC
   1111 North Loop W, Ste. 500
   Houston, Texas 77008-4713
   (713) 227-6800 (Telephone)

   Plaintiff, First Service Credit Union, is a non-governmental non-profit financial cooperative registered in Texas.

2. **Counsel for Plaintiff:**
   Jeffrey L. Diamond
   J. Diamond and Associates, PLLC
   1111 North Loop W, Ste. 500
   Houston, Texas 77008-4713
   (713) 227-6800 (Telephone)
   (713) 227-6801 (Fax)
   jeffrey@jdiamondandassociates.com
   service@jdiamondandassociates.com

3. **CUMIS Insurance Society, Inc.**
   c/o Sara E. Inman
   FAEGRE DRINKER BIDDLE & REATH LLP
   1717 Main Street, Suite 5400
   Dallas, Texas 75201
   (469) 357-2500 (Telephone)

4. **Counsels for Defendant:**
   Sara E. Inman
   State Bar No. 24073098
   Southern Bar No. 3008974
   sara.inman@faegredrinker.com
   FAEGRE DRINKER BIDDLE & REATH LLP
   1717 Main Street, Suite 5400
   Dallas, Texas 75201
   (469) 357-2500 (Telephone)
   (469) 327-0860 (Fax)

5. **Counsels for Defendant:**
   Jason P. Gosselin (pro hac vice to be filed)
   John M. Moore (pro hac vice to be filed)
   FAEGRE DRINKER BIDDLE & REATH LLP
   One Logan Square, Suite 2000
   Philadelphia, PA 19103
   Jason.gosselin@faegredrinker.com
   John.moore@faegredrinker.com
   (215) 988-2700 (Telephone)
   (215) 988-2757 (Fax)

    Respectfully submitted,

    **J. DIAMOND AND ASSOCIATES, PLLC**

    /s/ *Jeffrey L. Diamond*
    Jeffrey L. Diamond
      State Bar No. 05802500
      Federal Bar No. 16037
    1111 North Loop W, Ste 500
    Houston, Texas 77008-4713
    Telephone: (713) 227-6800
    Facsimile: (713) 227-6801
    *Jeffrey@jdiamondandassociates.com*
    *Service@jdiamondandassociates.com*

    **Attorneys for Plaintiff,**
    **FIRST SERVICE CREDIT UNION**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record in accordance with the Federal Rules of Civil Procedure on March 28, 2024.

*/s/ Jeffrey L. Diamond*
Jeffrey L. Diamond
